■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRENTON BECKFORD, Also Known as LARRY, Appellant. [652 NYS2d 574] —Judgment unanimously affirmed. Memorandum: Defendant was convicted following a jury trial of murder in the second degree (Penal Law § 125.25 [1]; § 20.00) and criminal possession of a weapon in the second degree (Penal Law §§ 265.03, 20.00). Viewing the evidence in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620, 621), we conclude that the evidence is legally sufficient to support defendant's conviction (*see, People v Bleakley*, 69 NY2d 490, 495) either as a principal or as an accomplice (*see,* Penal Law § 20.00; *People v Rivera*, 84 NY2d 766, 771; *People v Green*, 225 AD2d 1077, *lv denied* 88 NY2d 879). Defendant's sentence is neither unduly harsh nor severe.

We have considered the other issues raised on appeal and conclude that they are without merit (*see, People v Hill*, 225 AD2d 1076, *lv denied* 88 NY2d 880; *People v Green, supra*). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Murder, 2nd Degree.) Present—Green, J. P., Pine, Callahan, Doerr and Davis, JJ.